# Order

Michigan Supreme Court
Lansing, Michigan

December 4, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140004

In re JUJUAN D'ANGELO BELL, Minor.
_____

DAVID BELL and RESA BELL,
        Petitioners-Appellees,

v

PHYLLIS BELL,
        Respondent-Appellant.

SC: 140004
COA: 290285
Oakland CC Fam Div: 08-749038-NA

_____/

On order of the Court, the application for leave to appeal the October 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2009

_____
Clerk

p1201